# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARREL KING, | ) | 1:10-CV-01546 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| v. | ) | |
| | ) | [Doc. #15] |
| MATTHEW CATE, Secretary, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).

On November 23, 2010, the undersigned issued an order dismissing the petition for failure to exhaust state remedies. The Clerk of Court entered judgment on the same date.

On December 10, 2010, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

1. (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
2. (4) the judgment is void;
3. (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
4. (6) any other reason that justifies relief.

Petitioner does not set forth any arguments or evidence that merit reconsideration. Petitioner has failed to exhaust his state remedies with respect to his claims. Although the California Supreme Court may very well issue a postcard denial, the exhaustion requirement is mandated by statute, see 28 U.S.C. § 2254(b)(1), and comity requires he first present his claims to the state courts. Coleman v. Thompson, 501 U.S. 722, 731 (1991).

Accordingly, Petitioner's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   December 15, 2010                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE